**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**PORSCHA GIPSON-BRYANT**                                                                 **PLAINTIFF**

**V.**                                    **NO. 4:07-CV-00525 GTE**

**DASSAULT FALCON JET CORP.**                                                     **DEFENDANT**

**ORDER GRANTING PARTIAL SUMMARY JUDGMENT**

Before the Court is Defendant Dassault Falcon Jet Corp.'s Motion for Partial Summary Judgment. Defendant Dassault contends that Plaintiff's claim for race discrimination should be stricken because Plaintiff failed to exhaust her administrative remedies with respect to that claim. Plaintiff Porscha Gipson-Bryant has filed a response stating that she does not object to the granting of Defendant's motion.

For good cause shown,

IT IS HEREBY ORDERED THAT Defendant Dassault Falcon Jet Corp.'s Motion for Partial Summary Judgment (Docket No. 20) be, and it is hereby, GRANTED. Plaintiff's claim that she suffered discrimination on account of her race is hereby stricken. Plaintiff may proceed to trial on her remaining claims for sex and pregnancy discrimination.

IT IS SO ORDERED this  24th  day of March, 2008.

                                                                        _/s/Garnett Thomas Eisele_____
                                                                        UNITED STATES DISTRICT COURT